UNITED STATES DISTRICT COURT
*Western District of Tennessee*

United States of America

v.

**DONIAL DAVIS**

**ORDER HOLDING PROBATIONER FOR REVOCATION HEARING**

Case Number: 91-20153-4-B

On March 20, 2007, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. At this hearing, the defendant WAIVED his right to a preliminary hearing. Lawrence Laurenzi , AUSA, representing the government, and Doris Holt, defense attorney, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge Breen. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

s/Diane K. Vescovo
*United States Magistrate Judge*

*Date:  _March 20, 2007*